Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014  FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                  ) Case No.: 2:07-bk-21589 VK
                                        )
    Sanchez, Irma                       ) TRUSTEE'S NOTICE OF
                                        ) UNCLAIMED DIVIDEND
                                        ) (Bankruptcy Rule 3011)
                                        )
                                        )
                                        )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 633750 in the sum of $34.70 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

    Irma Sanchez
    3997 Walnut Avenue
    Lynwood, CA 90262


Date: March 16, 2011                    /s/ Nancy Curry


NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                    Check No. 633750
Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0721589-VK | 999-0 | SANCHEZ, IRMA | | 0.00 | 34.70 | 0.00 | 34.70 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

March 16, 2011

84-79/611

No. 633750

PAY** Thirty Four Dollars and 70 Cents**********************************
TO THE ORDER OF

AMOUNT ************$34.70 ***

VOID AFTER June 14, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈633750⑈ ⑆061100790⑆ 000000575200 ⑈